# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2014

## NO. 03-13-00781-CR

**David Randall Wright, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment of conviction signed by the trial court on July 3, 2013.

David Randall Wright has filed a motion to dismiss the appeal. Therefore, the Court grants the

motion, allows David Randall Wright to withdraw his notice of appeal, and dismisses the appeal.

Because appellant is indigent and unable to pay costs, no adjudication of costs is made.